

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00414-CV

Jose (Joe) **HINOJOSA**,
Appellant

v.

**FIREFIGHTERS AND POLICE OFFICERS' CIVIL SERVICE COMMISSION OF THE CITY OF LAREDO, TEXAS**; Irma Mireles, Vidal Cantu Jr., and Jesus Torres,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVZ-000338-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellees, Firefighters and Police Officers' Civil Service Commission of the City of Laredo, Texas, Irma Mireles, Vidal Cantu Jr., and Jesus Torres, recover their costs of this appeal, if any, from appellant Jose (Joe) Hinojosa.

SIGNED October 7, 2015.

_____
Marialyn Barnard, Justice